## Swink, et ux. *v.* Morrison, et al., Appellants.

Argued November 14, 1974. *Joseph M. George,* with him *Ray, Buck, Margolis, Mahoney & John,* for appellants; *Daniel G. Reilly,* for appellees.

Order and judgment affirmed.

## Williams *v.* Southeastern Pennsylvania Transportation Authority, et al., Appellants.

Argued September 9, 1974. *Robert S. Davis,* with him *Harris, Hammond and Harris,* for appellants; *Sidney I. Leabman,* with him *Berkowitz & Leabman,* for appellee.

Judgment affirmed.

April 22, 1975.

## Commonwealth *v.* Melnyczenko, Appellant.

Submitted June 10, 1974. *A. Anthony Kilkuskie,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.